

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-77,090-01

### EX PARTE MILTON DWAYNE GOBERT

### ON APPLICATION FOR WRIT OF HABEAS CORPUS
### CAUSE NO. D-1-DC-06-904006-A IN THE 331ST DISTRICT COURT TRAVIS COUNTY

*Per curiam*.

### **O R D E R**

This is a post conviction application for writ of habeas corpus filed pursuant to the

provisions of Texas Code of Criminal Procedure article 11.071.

Applicant was convicted in March 2010 of capital murder committed in October 2003.

TEX. PENAL CODE § 19.03(a). Based on the jury's answers to the special issues set forth in

the Texas Code of Criminal Procedure, Article 37.071, sections 2(b) and 2(e), the trial court

sentenced him to death. Art. 37.071, § 2(g).[1] This Court affirmed applicant's conviction and sentence on direct appeal. *Gobert v. State,* No. AP-76,345 (Tex. Crim. App. Nov. 23, 2011)(not designated for publication).

Applicant presented twelve allegations in his application in which he challenges the validity of his conviction and sentence. The trial court did not hold a live evidentiary hearing. As to all of these allegations, the trial judge entered findings of fact and conclusions of law and recommended that relief be denied.

This Court has reviewed the record with respect to the allegations made by Applicant. We agree with the trial judge's recommendation and adopt the trial judge's findings and conclusions. Based upon the trial court's findings and conclusions and our own review of the record, relief is denied.

IT IS SO ORDERED THIS THE 14TH DAY OF JANUARY, 2014.

Publish/Do Not Publish

---

[1] Unless otherwise indicated, all references to Articles are to the Texas Code of Criminal Procedure.